UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-01203-RPM

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| WAFFLE HOUSE, INC., a Georgia corporation, | : |
| | : |
| Defendant. | : |
| _____ | : |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that Defendant Waffle House, Inc. has reached a settlement in principle with Plaintiff Fred Nekouee. The parties expect to finalize the settlement in the next 21 days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

Attorney for Plaintiff Fred Nekouee

## CERTIFICATE OF SERVICE

I certify that on June 26, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze (CO #28399)